■ JANET NEUFELD, Respondent, v RICHARD NEUFELD, Appellant. [22 NYS3d 854]—

Order, Supreme Court, Bronx County (Doris M. Gonzalez, J.), entered August 13, 2014, which, to the extent appealed from as limited by the briefs, denied defendant's motion for a downward modification of maintenance, unanimously affirmed, without costs.

Defendant failed to submit either a paycheck or his most recently filed tax return in support of his motion for a downward modification of maintenance (*see* Domestic Relations Law § 236 [B] [4] [a]; 22 NYCRR 202.16 [b], [k] [2]). The denial of the motion is without prejudice to renewal upon submission of the requisite documentation (22 NYCRR 202.16 [k] [5] [ii]). Concur—Tom, J.P., Friedman, Saxe and Kapnick, JJ.